# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 12, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138829 & (101)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 138829
                                  COA: 280428

TERRY WILLIAMS,
      Defendant-Appellant.

                                  Wayne CC: 07-007351-01

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 5, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2009

_____
Clerk

p0512